Vijay J. Patel
Attorney at Law: 285585
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115 Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Luanda T. Bond

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| LUANDA T. BOND, | Case No.: 5:13-cv-02254-RZ |
| Plaintiff, | /~~PROPOSED~~/ ORDER OF DISMISSAL |
| vs. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

The above captioned matter is dismissed with prejudice, each party to bear its own fees, costs, and expenses.

IT IS SO ORDERED.

DATE: August 05, 2014      _____ /s/ Ralph Zarefsky _____

THE HONORABLE RALPH ZAREFSKY
UNITED STATES MAGISTRATE JUDGE

1 | DATE: July 24, 2014

Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING

BY: /s/ Vijay J. Patel
_____
Vijay J. Patel
Attorney for plaintiff Luanda T. Bond

**CERTIFICATE OF SERVICE
FOR CASE NUMBER 5:13-CV-02254-RZ**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for this court by using the CM/ECF system on July 24, 2014.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Vijay J. Patel*

_____
Vijay J. Patel
Attorneys for Plaintiff
_____